UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                       Chapter 13

    Domingo Moronta,                                    Case No. 18-22480 (RDD)


                                  Debtor(s).
------------------------------------------------------------x

## DEBTOR LOSS MITIGATION AFFIDAVIT

STATE OF NEW YORK          )
                           )ss.:
COUNTY OF WESTCHESTER      )

      I, Jennifer Raggo being sworn, say:

      I am not a party to this action, am over 18 years of age and reside in Pelham, New York.

      On January 14, 2019 I served a Loss Mitigation package with respect to the Specialized Loan Servicing, LLC loan ending in 3473 as per the Creditor Loss Mitigation Affidavit filed on October 11, 2018 including the following:

    ☒    A copy of the Debtor's 2016 tax return;

    ☐    A copy of the Debtor's most recent paycheck stubs;

    Or, if Debtor(s) is/are self employed:

    ☒    A copy of the Debtor(s)' business' three (3) most recent months' Profit and Loss Statements, setting forth a breakdown of the monthly business income and expenses for the period from October 1, 2018 through December 31, 2018;

    ☒    A copy of the Mortgagee's completed Financial Worksheet;

    ☐    Proof of Second/Third Party Income;

    ☒    Other (please specify):

1. RMA Form;
2. 4506-T Form;
3. Last 3 months proof of rental income of $3,700 per month through Chase Quick Pay with Zelle;
4. Three recent months bank statements for business account with Chase ending in account number 3590 for the period from September 29, 2018 through December 31, 2018; and
5. 2016 business tax returns.

upon the following parties via Electronic Mail at the following addresses:

**Tracy Wilkins**
Fein, Such, Kahn & Shepard, P.C.
7 Century Drive
Parsippany, NJ 07054
twilkins@feinsuch.com

Please be advised that the loss mitigation contact is as follows:

Name: Penachio Malara, LLP

Title:  Counsel and Paralegal for Domingo Moronta

Phone Number: (914) 946-2889

Fax Number:  (914) 206-4884

Email Address: anne@pmlawllp.com, jraggo@pmlawllp.com

Dated: White Plains, New York
       January 14, 2019

*Jennifer Raggo*
Jennifer Raggo

## Jennifer Raggo

| | |
|---|---|
| **From:** | Jennifer Raggo |
| **Sent:** | Monday, January 14, 2019 5:52 PM |
| **To:** | 'Tracy Wilkins' |
| **Cc:** | Anne Penachio; 'fmalara@pmlawllp.com' |
| **Subject:** | Domingo Moronta Ch. 13 Case No.: 18-22480 |
| **Attachments:** | Moronta, Loss Mit package Part 1.pdf; Moronta, Loss Mit package Part 2.pdf |

Dear Ms. Wilkins:

As per the Creditor Loss Mitigation Affidavit filed on October 11, 2018, attached hereto is a Loss Mitigation package for the above-referenced debtor including the following:

1. RMA Form;
2. 4506-T Form;
3. Last 3 months proof of rental income of $3,700 per month through Chase Quick Pay with Zelle;
4. Quarterly Profit & Loss Statement for Domingo Pizza & Deli for the period from October 1, 2018 through December 31, 2018;
5. Three recent months bank statements for business account with Chase ending in account number 3590 for the period from September 29, 2018 through December 31, 2018;
6. 2016 Individual tax returns; and
7. 2016 business tax returns.

Please let us know of any additional items you may need to complete a review.

Thank you.

**PLEASE NOTE THAT OUR OFFICE ADDRESS HAS CHANGED!**



PENACHIO  MALARA, LLP
ATTORNEYS

## Jennifer Raggo

Paralegal/Office Manager
Loss Mitigation/Bankruptcy Specialist
Penachio Malara, LLP
245 Main Street, Suite 450
White Plains, NY 10601
(914) 946-2889 (Phone)
(914) 206-4884 (Fax)
jraggo@pmlawllp.com

1